**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed January 25, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00518-CV

## JENNIFER MELINDA GARDNER BRATTON, Appellant

**v.**

## MARK BRATTON, Appellee

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-12677**

## MEMORANDUM OPINION

This is an appeal from a final order signed August 13, 2021. On December 31, 2021, appellant filed a motion to voluntarily dismiss the appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted, and the appeal is dismissed.


PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.